[Nos. 30162-4-I; 30760-6-I.   Division One.   April 18, 1994.]

UNIVERSITY SAVINGS BANK, *Respondent*, v. THOMAS
CUSHING, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 91-2-25063-4, Norman W. Quinn, J., entered
April 20, 1992. *Affirmed* by unpublished opinion per Pekelis,
A.C.J., concurred in by Coleman and Baker, JJ.

[No. 31811-0-I.   Division One.   April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
TAMI LEE CROFT, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-1-00511-8, David A. Nichols, J., entered
November 18, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 31939-6-I.   Division One.   April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK
MARQUETT SIMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03722-6, Laura Inveen, J., entered Novem-
ber 25, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32906-5-I.   Division One.   April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
D. FRIEND, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-08062-8, Frank L. Sullivan, J., entered May
17, 1993. *Reversed* by unpublished per curiam opinion.